ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
RICARDO N. CORDOVA, ESQ.
Nevada Bar No. 11942
RCordova@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088
*Attorneys for Defendants Diamond Dolls of Nevada, LLC dba Spice House, Jamy Keshmiri, and Kamy Keshmiri*

FILED ___  RECEIVED ___
ENTERED ___  SERVED ON ___
COUNSEL/PARTIES OF RECORD

NOV 25 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHELSEA LONG,<br><br>  Plaintiff,<br><br>v.<br><br>DIAMOND DOLLS OF NEVADA, LLC, dba SPICE HOUSE, JAMY KESHMIRI, KAMY KESHMIRI, CLIFTON KYLE SMITH and DOES I-X,<br><br>  Defendants. | CASE NO.: 3:19-cv-00652-LRH-CLB<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANTS TO ANSWER OR OTHERWISE PLEAD TO THE FIRST AMENDED COMPLAINT**<br>[First Request] |

Plaintiff Chelsea Long ("Plaintiff" or "Long") and Defendants Diamond Dolls of Nevada, LLC dba Spice House, Jamy Keshmiri, and Kamy Keshmiri[1] (collectively, when possible, "Defendants"), by and through their respective counsel, hereby submit the following Stipulation and [Proposed] Order to Extend Deadline for Defendants to Respond to Complaint. Defendants seek a forty-five (45) day extension to answer or otherwise respond to the Plaintiffs' First Amended Complaint. This request is made in good faith, is not made for the purpose of delay, and will not

---

[1] The undersigned's firm is in the process of analyzing whether it will represent Defendant Clifton Kyle Smith in this matter. In the meantime, the Defendants believe the extension requested herein should also be extended to Smith in the interest of preserving his rights and simplifying proceedings with a single deadline for each of the Defendants to answer or otherwise respond to the Amended Complaint.

Page 1 of 2

result in any undue delay or prejudice. Accordingly, the Parties have agreed and stipulate that the deadline for Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint will be on or before **January 6, 2020**.

RESPECTFULLY SUBMITTED,

DATED this 21st day of November, 2019.

BY: /s/ Mark Mausert, Esq.
MARK MAUSERT, ESQ.
Nevada Bar No. 2398
mark@markmausertlaw.com
729 Evans Avenue
Reno, Nevada 89512
Phone: (775) 786-5477
Fax: (775) 786-9658

*Attorneys for Plaintiff*

DATED this 21st day of November, 2019

BY: /s/ Anthony L. Hall, Esq.
ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
RICARDO N. CORDOVA, ESQ.
Nevada Bar No. 11942
RCordova@hollandhart.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

*Attorneys for Defendants*

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: 11/25/2019