1  ANTHONY L. HALL, ESQ.
   Nevada Bar No. 5977
2  AHall@SHJNevada.com
   RICARDO N. CORDOVA, ESQ.
3  Nevada Bar No. 11942
   RCordova@SHJNevada.com
4  SIMONS HALL JOHNSTON PC
   6490 S. McCarran Blvd., Ste. F-46
5  Reno, Nevada 89509
   Telephone: (775) 785-0088
6  *Attorneys for Defendants Diamond Dolls of Nevada, LLC,*
   *dba Spice House, Jamy Keshmiri, and Kamy Keshmiri*

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN - 6 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHELSEA LONG,<br><br>       Plaintiff,<br><br>v.<br><br>DIAMOND DOLLS OF NEVADA, LLC, dba SPICE HOUSE, JAMY KESHMIRI, KAMY KESHMIRI, CLIFTON KYLE SMITH and DOES I-X,<br><br>       Defendants. | CASE NO.: 3:19-cv-00652-LRH-CBC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO STAY OR EXTEND DEADLINE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT<br>**[Second Request]** |

   Plaintiff Chelsea Long ("Plaintiff" or "Long") and Defendants Diamond Dolls of Nevada, LLC dba Spice House, Jamy Keshmiri, and Kamy Keshmiri[1] (collectively, when possible, "Defendants"), hereby submit the following Stipulation and Proposed Order Stay or Extend Deadline for Defendants to Answer or Otherwise Respond to the First Amended Complaint. In the interest of judicial economy and efficiency, the Parties believe it is appropriate to stay the deadline for Defendants to answer or otherwise respond the First Amended Complaint pending the outcome of

---

[1] The undersigned's firm is in the process of analyzing whether it will represent Defendant Clifton Kyle Smith in this matter. In the meantime, the Defendants believe the extension requested herein should also be extended to Smith in the interest of preserving his rights and simplifying proceedings with a single deadline for each of the Defendants to answer or otherwise respond to the Amended Complaint.

SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, NV 89509
Phone: (775) 785-0088

Plaintiff's Motion for Leave to File a Second Amended Complaint ("Motion to Amend"). *See* ECF No. 10. Specifically, if granted, Plaintiff's Motion to Amend will make the Second Amended Complaint the operative pleading, thereby obviating the need for Defendants to respond to the First Amended Complaint.

Accordingly, the Parties agree and stipulate to stay Defendants' deadline to respond to the First Amended Complaint. The Parties further agree and stipulate that in the event Plaintiff's Motion to Amend is granted, Defendants will respond to the Second Amended Complaint within 14 days of such order. Similarly, in the event in the event Plaintiff's Motion to Amend is denied, Defendants will respond to the First Amended Complaint within 14 days of such order. This request is made in good faith, is not made for the purpose of delay, and will not result in any undue delay or prejudice.

RESPECTFULLY SUBMITTED,

DATED this 3rd day of January, 2020.

BY: /s/ Mark Mausert, Esq.
MARK MAUSERT, ESQ.
Nevada Bar No. 2398
mark@markmausertlaw.com
729 Evans Avenue
Reno, Nevada 89512
Phone: (775) 786-5477
Fax: (775) 786-9658

*Attorneys for Plaintiff*

DATED this 3rd day of January, 2020.

BY: /s/ Ricardo N. Cordova, Esq.
ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
RICARDO N. CORDOVA, ESQ.
Nevada Bar No. 11942
RCordova@hollandhart.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

DATED: 1/6/2020