ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
RICARDO N. CORDOVA, ESQ.
Nevada Bar No. 11942
RCordova@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088
*Attorneys for Defendants Diamond Dolls of Nevada, LLC,
dba Spice House, Jamy Keshmiri, and Kamy Keshmiri*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHELSEA LONG,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DIAMOND DOLLS OF NEVADA, LLC, dba SPICE HOUSE, JAMY KESHMIRI, KAMY KESHMIRI, CLIFTON KYLE SMITH and DOES I-X,<br><br>　　　　　　Defendants. | CASE NO.:   3:19-cv-00652-LRH-CBC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO ANSWER OR OTHERWISE PLEAD TO THE SECOND AMENDED COMPLAINT**<br>**[First Request]** |

Plaintiff Chelsea Long ("Plaintiff" or "Long") and Defendants Diamond Dolls of Nevada, LLC dba Spice House, Jamy Keshmiri, and Kamy Keshmiri (collectively, when possible, "Defendants"), by and through their respective counsel, hereby submit the following Stipulation and [Proposed] Order to Extend Deadline for Defendants to Respond to Complaint. Defendants seek a fourteen (14) day extension to answer or otherwise respond to the Plaintiffs' Second Amended Complaint. This request is made in good faith, is not made for the purpose of delay, and will not result in any undue delay or prejudice. Accordingly, the Parties have agreed and stipulate that the deadline for Defendants to answer or otherwise respond to Plaintiff's Second Amended Complaint

///

will be on or before **February 27, 2020**.

RESPECTFULLY SUBMITTED,

DATED this 10th day of February, 2020.

BY: /s/ Mark Mausert, Esq.
MARK MAUSERT, ESQ.
Nevada Bar No. 2398
mark@markmausertlaw.com
729 Evans Avenue
Reno, Nevada 89512
Phone: (775) 786-5477
Fax: (775) 786-9658

*Attorneys for Plaintiff*

DATED this 10th day of February, 2020.

BY: /s/ Anthony L. Hall, Esq.
ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
RICARDO N. CORDOVA, ESQ.
Nevada Bar No. 11942
RCordova@hollandhart.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT/MAGISTRATE JUDGE**

DATED: February 11, 2020