# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHELSEA LONG & JULIE RAMOS,<br><br>    Plaintiffs,<br><br>v.<br><br>DIAMOND DOLLS OF NEVADA, LLC,<br>dba SPICE HOUSE, *et al.*,<br><br>    Defendants. | Case No.: 3:19-cv-00652-LRH-CLB<br><br>**ORDER** |

Due to the recent outbreak of the coronavirus disease 2019 (COVID-19) and pursuant to the Temporary General Order 2020-04, the Early Neutral Evaluation Session scheduled on **Tuesday, May 12, 2020, at 1:30 p.m.** is **VACATED** and will reset as soon as the court's calendar will accommodate it.

**IT IS SO ORDERED.**

_____
Robert A. McQuaid, Jr.
United States Magistrate Judge