UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHELSEA LONG & JULIE RAMOS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DIAMOND DOLLS OF NEVADA, LLC DBA SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI, CLIFTON KYLE SMITH AND DOES I-X,<br><br>　　　　Defendants. | Case No. 3:19-cv-00652-LRH-CLB<br><br>**STIPULATION AND |ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (First Request)** |

　　　Pursuant to Local Rule IA 6-1, Plaintiffs CHELSEA LONG and JULIE RAMOS, and Defendants DIAMOND DOLLS OF NEVADA, LLC DBA SPICE HOUSE, KAMY KESHMIRI, and JAMY KESHMIRI, by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting the Stipulation to extend the deadline for Plaintiffs to file an opposition to Defendants' Motion for Summary Judgment (ECF No. 37) from June 10, 2020 to June 24, 2020.

//

//

The parties request this extension due to counsel for Plaintiffs' congested calendar and need for additional time to prepare a proper response.

Dated: June 3, 2020.

LAW OFFICE OF MARK MAUSERT

/s/ Mark Mausert
MARK MAUSERT
Attorney for Plaintiff

Dated: June 3, 2020.

SIMONS HALL JOHNSTON P.C.

/s/ Anthony Hall
ANTHONY HALL
KENDRA JEPSEN

Attorneys for Defendant

IT IS SO ORDERED.

DATED this 4th day of June, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT