Mark Mausert
NV Bar No. 2398
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com

*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHELSEA LONG AND JULIE RAMOS,<br><br>Plaintiffs,<br><br>vs.<br><br>DIAMOND DOLLS OF NEVADA, LLC DBA SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI, CLIFTON KYLE SMITH AND DOES I-X,<br><br>Defendants. | Case No.: 3:19-cv-00652-LRH-CLB<br><br>**ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO SERVE DEFENDANT CLIFTON KYLE SMITH BY PUBLICATION AND FOR AN ADDITIONAL 60 DAYS IN WHICH TO ACCOMPLISH SERVICE** |

Plaintiffs, CHELSEA LONG and JULIE RAMOS, by and through their attorney of record, filed a Motion for Leave to Serve Defendant Clifton Kyle Smith by Publication, pursuant to FRCP 4(e) and NRCP 4(e). Plaintiffs also requested an additional sixty (60) days in which to accomplish service by publication. On reading the filings and evidence consisting of plaintiffs' Motion and declarations, it is satisfactorily appearing to me that Defendant Clifton Kyle Smith, hereinafter referred to as "defendant", cannot, with reasonable diligence, be served in any other manner than service by publication and that the defendant is a necessary party to this action.

IT IS SO ORDERED that the summons be served by publication in the Reno Gazette Journal, a newspaper of general circulation published in Washoe County, Nevada, hereby

ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO SERVE DEFENDANT CLIFTON KYLE SMITH BY PUBLICATION AND FOR AN ADDITIONAL 60 DAYS IN WHICH TO ACCOMPLISH SERVICE - 1

designated as the newspaper most likely to give defendant actual notice of the action, and that the publication be made once a week for four (4) successive weeks.

IT IS FURTHER ORDERED that a copy of the summons, a copy of the Second Amended Complaint and a copy of this Order be mailed to defendant at his last known addresses ascertained before expiration of the time herein prescribed for publication of the summons.

IT IS FURTHER ORDERED that plaintiffs' shall have an additional sixty (60) days to complete service by publication.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  June 5, 2020.

ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO SERVE DEFENDANT CLIFTON KYLE SMITH BY PUBLICATION AND FOR AN ADDITIONAL 60 DAYS IN WHICH TO ACCOMPLISH SERVICE - 2