UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHELSEA LONG & JULIE RAMOS,<br><br>Plaintiff,<br><br>vs.<br><br>DIAMOND DOLLS OF NEVADA, LLC DBA SPICE HOUSE, KAMY KESHMIRI, JAMY KESHMIRI, CLIFTON KYLE SMITH AND DOES I-X,<br><br>Defendants. | Case No. 3:19-cv-00652-LRH-CLB<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO SEVER (First Request)** |

Pursuant to Local Rule IA 6-1, Plaintiffs CHELSEA LONG and JULIE RAMOS, and Defendants DIAMOND DOLLS OF NEVADA, LLC DBA SPICE HOUSE, KAMY KESHMIRI, and JAMY KESHMIRI, by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting the Stipulation to extend the deadline for Plaintiffs to file an opposition to Defendants' Motion to Sever (ECF No. 43) from June 19, 2020 to July 2, 2020.

//

//

1

The parties request this extension due to counsel for Plaintiffs' congested calendar and need for additional time to prepare a proper response.

| | |
|---|---|
| Dated: June 17, 2020. | Dated: June 17, 2020. |
| LAW OFFICE OF MARK MAUSERT | SIMONS HALL JOHNSTON P.C. |
| /s/ Mark Mausert | /s/ Kendra Jepsen |
| MARK MAUSERT | ANTHONY HALL |
| Attorney for Plaintiff | KENDRA JEPSEN |
| | Attorneys for Defendant |

IT IS SO ORDERED.

DATED this 18th day of June, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2