# EXHIBIT 1

EXHIBIT 1

## Declaration Under Penalty of Perjury

COMES NOW, Julie Ramos, who under penalty of perjury, affirms the statements made herein are true:

1. I am a former employee of Diamond Dolls. I believe Diamond Dolls is a limited liability company, which operates a bar/strip club on Spokane Street in Reno, Nevada – the Spice House. I first started working at the Spice House in 2009 as a dancer. In 2014 I began to work as a cocktail waitress and then became a bartender at approximately the end of 2015. At approximately the end of 2017 I began working as a Bar Manager for the Spice House. In approximately December, 2017, I began working as an Assistant Manager at the Spice House. In August and September, 2018, I worked at the Atlantis, but then returned to the Spice House in the capacity of an Assistant Manager. I left employment with the Spice House on March 20, 2019. I left because I ceased to repose trust in Jami Kashmiri and Kami Kashmiri and because I received a text from General Manager, David Hofman. General Manager Hofman told me I was fired. That termination was rescinded by Jami Kashmiri, but I left because I lost trust in the Kashmiri brothers.

2. In November, 2014, a then bartender at the Spice House, Clifton Kyle Smith, began to sexually harass me. Mr. Smith told me he wanted to buy my dirty underwear for $100 and he wanted to buy Victoria Secrets underwear for me to wear and then give to him. Mr. Smith tried to convince me to take off my underwear, in order to give it to him. I complained to the Spice House General Manager, Brandon Lennar, of Mr. Smith's statements, which I regarded as sexual harassment. Mr. Lennar took no meaningful action. He confined himself to saying, "well, that's just Kyle. That's how he is." I was offended by both Mr. Smith's statements and by the way Mr. Lennar handled my complaint. He failed to do anything meaningful and instead trivialized my complaint. Mr. Smith continued to sexually harass me, e.g., he continued to ask me for my underwear. I did not make any further complaints because I realized nothing would

Page 1

1  be done if I did complain. Approximately six months after I complained, Mr. Smith was fired
2  because he was rude to a liquor distributor from Ben's Liquor. I understand Jami Kashmiri
3  owns Ben's Liquor and the distributor was a friend of Jami Kashmiri.
4  
5  3. After Brandon Lennar's employment was terminated, David Hofman was hired as
6  the General Manager for the Spice House. Brandon Lennar rehired Mr. Smith as a disc jockey
7  at the Spice House, just before he lost his employment. The interim during which Mr. Smith
8  was gone was approximately a year. I believe Mr. Smith was rehired in early 2017, but am not
   sure of the date.
9  
10 4. I observed some of Mr. Smith's conduct and statements after he was rehired as a
11 disc jockey. I watched him speak with the women who danced in private areas and watched
12 him go into the dressing rooms of the women. I also observed him to go into private rooms
13 with the women. I also observed Mr. Smith to follow the new women, i.e., young women who
14 had just been hired to dance, around. Mr. Smith had no reason to engage in such contact in his
15 capacity as a disc jockey. I observed some of the women who danced give Mr. Smith money
16 and also to pay his bar tab. I heard Mr. Smith make statements such as "come fuck with a real
17 nigga, let's make some real money." I heard Mr. Smith make such statements on the premises
18 of the Spice House as "I'm a pimp", and "I'm a player". He made statements about one
19 woman, who danced at the Spice named "Dallas". He said, "she was the first ho, I knocked.
20 She gives me all her money." Mr. Smith openly made such statements on the premises of the
21 Spice House in my presence and in the presence of other Spice House employees. He did not
   appear to care who heard him brag about being a pimp.
22 
23 5. I watched Mr. Smith sell drugs on the premises of the Spice House. On one
24 occasion, I observed him pass a bag of cocaine to a customer. I observed Mr. Smith and
25 General Manager Hofman chop up lines of cocaine on a clipboard in the DJ booth at the Spice
26 House. I also saw Mr. Smith and Mr. Hofman ingest those lines of cocaine by snorting.
27 6. I have seen Mr. Smith, on the premises of the Spice House, provide liquor to
28 underage women, i.e., women under the age of 21 and have then sit on his lap, and then leave
   with them in a cab. I have seen Mr. Smith do this on a number of occasions over the years. He

Page 2



does so openly. I knew which women were under 21 because I was in charge of compiling the list of the women who were under 21. Mr. Smith did not appear to care who saw him provide liquor to underage women. I spoke with General Manager Hofman about Mr. Smith providing liquor to underage women. General Manager Hofman did not do anything meaningful in response to my report. Instead he manifested anger with me for making the report. I reported the fact Mr. Smith was providing liquor to underage women on at least three occasions. I did so because part of my job was to ensure underage women did not drink on the premises. I discharged this aspect of my job because I was aware having underage women on the premises could cause the Club to lose its liquor license.

7. In January, 2019, I had a meeting with David Hofman, Jesse Zamora and Clifton Kyle Smith regarding inappropriate behavior with the dancers, giving away liquor to underage girls and not ringing up drinks properly (stealing alcohol), and Mr. Smith refusing to listen to myself and Jesse (we were his managers when he worked on our shifts). Mr. Smith was not disciplined as a result of this meeting. Mr. Hofman trivialized his conduct by characterizing him as a "flirt" and noted he should not act out against myself and Jesse. General Manager Hofman asked myself and Jesse Zamora, who also supervised Mr. Smith, to treat Mr. Smith more lightly. Nothing was accomplished as a result of the meeting, except that Mr. Smith was emboldened. He continued to violate what the Spice House said were the rules, e.g., he continued to provide liquor to the underage dancers. Mr. Smith continued to openly brag about being a pimp after the meeting.

8. I became aware of the fact the Spice House was receiving a "buy out fee" for dancers who left the Club with customers shortly after I started working at the Spice House. The Manager on duty would set the fee, depending on how much the manager thought the customer was willing to pay, by how many women were leaving with the customer and what time it was. The fees varied, but the fee was usually around $400. I have seen "buy out fees" paid at all three of the clubs owned and operated by the Kashmiri brothers, i.e., the Wild Orchid, the Fantasy Girls and the Spice House. Usually the "buy out" fee is paid in cash, but sometimes the fee was charged via a credit card. The Spice House, and the other two clubs, routinely took

Page 3



a percentage of the amount charged, i.e., these monies were referenced as "dance dollars". The Club would usually take 30%. That is, if a customer paid a "buy out" fee in order to have a dancer leave with him, the Spice House, the Wild Orchid and the Fantasy Girls would customarily take 30%. I understood and I believe everyone involved understood the "buy out" fees were the Clubs' percentage of monies paid for prostitution, i.e., sex acts which occurred outside of the Clubs.

9. Once the City of Reno started scrutinizing the Clubs owned by the Kashmiris there was a meeting at which Spice House General Manager David Hofman attended with Jami and Kami Kashmiri. David Hofman told myself and other managers who worked at the Spice House, "per Kami and Jami, no more buy outs". I understood and everyone understood the buy out fees stopped because they were illegal and the Kashmiris did not want the City to learn the Clubs they operated were profiting from prostitution. I was told to stop buy out fees by General Manager Hofman in 2018. At the same time, I was instructed Mr. Hofman to change the Spice House's practices. For instance, I was instructed to tell the dancers they were no longer at liberty to discuss leaving with the customers, or having sex with the customers.

10. On a regular basis, I observed Mr. Smith to sit at tables with regular customers and or "VIPs" and to drink alcohol with them. On occasion, I happened to see customers handing Mr. Smith cash. General Manager Hofman referred to Mr. Smith's conduct as "promoting the Club." I inferred Mr. Smith was receiving money from customers in order to arrange liaisons with dancers off of the premises of the Spice House.

11. I was aware of the sexual harassment complaint made by my co-employee Chelsea Long. I became aware of her problem with Mr. Smith when I encountered Chelsea Long on the premises of the Spice House in 2018 and she was very upset. Ms. Long told me she had been laying down on a couch in one of the upstairs VIP room and Mr. Smith had pulled her pants and panties and masturbated while standing over her. I knew Ms. Long and it was obvious to me by observing her demeanor that Ms. Long was very upset. She was crying hysterically and shaking and could barely speak. I accompanied Ms. Long and watched as she told General Manager Hofman what Clifton Kyle Smith had done to her. Mr. Hofman told Ms. Long he had

Page 4



to call Kami Kashmiri and attorney Mark Thierman. Mr. Hofman subsequently came downstairs and informed myself and Ms. Long that Mr. Smith had been fired.

12. I was under standard instructions that when a serious incident happened on the premises of the Spice Club we were not to call the Police Department, or file any reports with the Spice House. That is, I was not to generate any documents. I understood Ms. Long did not file a complaint with the Police Department. I understood she did not do so because of the standard prohibition against informing the Police Department of criminal conduct which occurred on the premises of the Spice House.

13. About five months after Mr. Smith was fired for pulling Ms. Long's pants and panties down and masturbating over her, Mr. Smith was rehired. General Manager Hofman told me Kyle is coming back because it is hard to find people to work in the Club and he "did his time by losing his job and not being able to work." I knew not to object because of the preferential treatment General Hofman had previously extended to Mr. Smith and I knew they did illegal drugs together and were friends. I did not want to lose my job and so I said very little.

14. On or about March 16, 2019, the day after ~~[redacted]~~ is reputed to have been raped in the women's bathroom by Mr. Smith, Mr. Smith was a no-call, no-show at the Club. I spoke with General Manager Hofman, after learning of Mrs. ~~[redacted]~~ allegations. I first texted General Manager Hofman and told him I needed to speak with him regarding Kyle. We spoke in the presence of Chelsea Long. I told General Manager Hofman and I told him I did not want Mr. Smith working on my shifts anymore. I attempted to use the no-call, no-show as a basis for getting Mr. Smith off of my shifts because I no longer felt safe with him. I already knew, because I spoke with Chelsea Long that General Manager Hofman told her he intended to lie for Kyle, i.e., to tell the police he had been in the bathroom with Mr. Smith and Mrs. ~~[redacted]~~ and that Mr. Smith had not raped Mrs. ~~[redacted]~~ In response to me saying I did not want Mr. Smith on my shift, General Manager Hofman yelled at me and told me "Kyle's not the problem, you're the problem." He told me I could not work with anyone and I was the problem. I shut down and stopped speaking with General Manager Hofman.

Page 5

15. I attended a meeting on March 20, 2019, on the premises of the Spice House. I tape-recorded that meeting. I did so because I knew there was a high likelihood Mr. Hofman and/or Mr. Jami Kashmiri would subsequent lie about what was said. At that meeting, General Manager Hofman admitted he had fielded the complaint of Chelsea Long in 2018 regarding Mr. Smith pulling her pants and panties down and masturbating while standing over her. During the same meeting, Jamie Kashmiri focused on the fact some of us women drank in the Club off-hours and he threatened our jobs by threatening to close the Club. I did not return to work after that meeting because I no longer wished to work at the Club. I knew I would be subject to retaliatory hostility and retaliation by General Hofman because Mr. Smith had once again been fired for sexual misconduct. I provided that electronic of the meeting, which I did not alter in any way, to my attorney, Mark Mausert.

16. I have filed a Charge of Discrimination with the Nevada Equal Rights Commission and intend to pursue my Title VII rights against Diamond Dolls, my former employer. However, nothing about that circumstance has caused me to alter my statements herein in any way.

I hereby declare under penalty of perjury the statements made herein are correct. Dated this 19th day of July, 2019.



Julie Ramos

Page 6