**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHELSEA LONG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DIAMOND DOLLS OF NEVADA, LLC, dba SPICE HOUSE, JAMY KESHMIRI, KAMY KESHMIRI, CLIFTON KYLE SMITH and DOES I-X,<br><br>　　　　Defendants. | CASE NO.:   3:19-cv-00652-LRH-CLB<br><br>**STIPULATION AND<br>ORDER EXTENDING DEADLINE FOR DEFENDANTS TO REPLY IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT**<br>**[First Request]** |

　　　　Plaintiff Chelsea Long ("Plaintiff" or "Long") and Defendants Diamond Dolls of Nevada, LLC dba Spice House, Jamy Keshmiri, and Kamy Keshmiri (collectively, when possible, "Defendants"), by and through their respective counsel, hereby submit the following Stipulation and [Proposed] Order to Extend Deadline for Defendants to Reply in Support of their Motion for Partial Summary Judgment. Defendants seek a fourteen (14) day extension to file their Reply. This request is made in good faith, is not made for the purpose of delay, and will not result in any undue delay or prejudice.

　　　　Accordingly, the Parties have agreed and stipulate that the deadline for Defendants to file a Reply in Support of their Motion for Partial Summary Judgment will be on or before **July 15, 2020**.

RESPECTFULLY SUBMITTED,

DATED this 1st day of July, 2020.

BY:   /s/ Mark Mausert, Esq.
     MARK MAUSERT, ESQ.
     Nevada Bar No. 2398
     mark@markmausertlaw.com
     729 Evans Avenue
     Reno, Nevada 89512
     Phone: (775) 786-5477
     Fax: (775) 786-9658

*Attorneys for Plaintiff*

DATED this 1st day of July, 2020.

BY:   /s/ Anthony L. Hall, Esq.
     ANTHONY L. HALL, ESQ.
     Nevada Bar No. 5977
     AHall@SHJNevada.com
     RICARDO N. CORDOVA, ESQ.
     Nevada Bar No. 11942
     RCordova@hollandhart.com
     SIMONS HALL JOHNSTON PC
     6490 S. McCarran Blvd., Ste. F-46
     Reno, Nevada 89509
     Telephone: (775) 785-0088

*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 2nd day of July, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE