**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHELSEA LONG & JULIE RAMOS,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND DOLLS OF NEVADA, LLC, dba SPICE HOUSE, a Nevada limited liability company, JAMY KESHMIRI, KAMY KESHMIRI, CLIFTON KYLE SMITH,<br><br>Defendants. | CASE NO.:  3:19-cv-00652-LRH-CBC<br><br>**STIPULATION AND**<br>**ORDER EXTENDING DEADLINE FOR DEFENDANTS TO REPLY IN SUPPORT OF THEIR MOTION TO SEVER OR, IN THE ALTERNATIVE, BIFURCATE**<br>**[First Request]** |

Plaintiff Chelsea Long ("Plaintiff" or "Long") and Defendants Diamond Dolls of Nevada, LLC dba Spice House, Jamy Keshmiri, and Kamy Keshmiri (collectively, when possible, "Defendants")[1], by and through their respective counsel, hereby submit the following Stipulation and [Proposed] Order to Extend Deadline for Defendants to Reply in Support of their Motion to Sever or, in the Alternative, Bifurcate [ECF 43]. Defendants seek a fourteen (14) day extension to file their Reply. This request is made in good faith, is not made for the purpose of delay, and will not result in any undue delay or prejudice.

---

[1] Simons Hall Johnston PC is counsel of record for all defendants named in this action except for Clifton Kyle Smith.

Accordingly, the Parties have agreed and stipulate that the deadline for Defendants to file a Reply in Support of their Motion to Sever or, in the Alternative, Bifurcate will be on or before **July 22, 2020**.

RESPECTFULLY SUBMITTED,

DATED this 7th day of July, 2020.

BY: /s/ Mark Mausert, Esq.
MARK MAUSERT, ESQ.
Nevada Bar No. 2398
mark@markmausertlaw.com
729 Evans Avenue
Reno, Nevada 89512
Phone: (775) 786-5477
Fax: (775) 786-9658

*Attorneys for Plaintiff*

DATED this 7th day of July, 2020.

BY: /s/ Kendra J. Jepsen, Esq.
ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
KENDRA J. JEPSEN, ESQ.
Nevada Bar No. 14065
KJepsen@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 8th day of July, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE