# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHELSEA LONG & JULIE RAMOS, | **Case No.:** 3:19-cv-00652-LRH-CLB |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER DISMISSAL WITH PREJUDICE** |
| DIAMOND DOLLS OF NEVADA, LLC, dba SPICE HOUSE, JAMY KESHMIRI, KAMY KESHMIRI and CLIFTON KYLE SMITH, | |
| Defendants. | |

Plaintiffs, CHELSEA LONG and JULIE RAMOS, and Defendants, DIAMOND DOLLS OF NEVADA, LLC, dba SPICE HOUSE, JAMY KESHMIRI, KAMY KESHMIRI and CLIFTON KYLE SMITH, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice, with no party being the prevailing party.

///
///
///
///
///
///
///

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

| | |
|---|---|
| DATED this 18th day of May, 2021.<br>MARK MAUSERT LAW OFFICE | DATED this 18th day of May, 2021<br>SIMONS HALL JOHNSTON PC |
| By: /s/ Mark Mausert<br>MARK MAUSERT<br>729 Evans Avenue<br>Reno, Nevada 89512<br>*Attorney for Plaintiffs* | By: /s/ Anthony Hall<br>ANTHONY HALL<br>KENDRA JEPSEN<br>6490 S. McCarran Blvd., Suite F-46<br>Reno, Nevada 89509<br>*Attorneys for Defendants* |

**IT IS SO ORDERED.**

DATED this 24th day of May, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE